**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RANDY SWARTZ AND KAREN SWARTZ, HIS WIFE | : | No. 19 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| ARS REALTY COMPANY, LLC; VINELY HERNANDEZ AND AMAURY VALDEZ | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  ARS REALTY COMPANY, LLC | : | |
| | : | |

## ORDER

**PER CURIAM**

AND NOW, this 14th day of April, 2021, the Petition for Allowance of Appeal is DENIED and the Application for Stay is **DISMISSED AS MOOT**.